**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYTOKINETICS, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BRITSOL-MYERS SQUIBB COMPANY and MYOKARDIA, INC.,<br><br>Defendants. | C.A. No. 26-cv-1026-GBW |

**STIPULATION TO EXTEND TIME**

The parties hereby agree, subject to the approval of the Court, that the time for Defendants to answer, move, or otherwise respond to the Complaint is extended to October 5, 2026.

Dated: August 22, 2026

FARNAN LLP

*/s/ Michael J. Farnan*
Brian Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnsnlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*

Respectfully submitted,

SHAW KELLER LLP

*/s/ Virginia K. Lynch*
Karen E. Keller (No. 4489)
Virginia K. Lynch (No. 7423)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302)298-0700
kkeller@shawkeller.com
glynch@shawkeller.com

*Attorneys for Plaintiff*

IT IS SO ORDERED this ____ day of August, 2026.

______________________________
The Honorable Gregory B. Williams